UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al., <br><br> Plaintiffs, <br><br> -v.- <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | 25 Civ. 04356 (JHR) <br><br> <u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

      This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552.  The parties are hereby ORDERED to file a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, stating whether there is any need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.  If Defendant has not yet entered a notice of appearance, Plaintiffs shall promptly serve a copy of this Order on Defendant and file proof of such service.

      SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge