AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The New York Times Company et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25 Civ. 4356 (JHR) |
| U.S. Immigration and Customs Enforcement, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant U.S. Immigration and Customs Enforcement.

Date: 06/05/2025

/s/ Samuel Dolinger
*Attorney's signature*

Samuel Dolinger
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

samuel.dolinger@usdoj.gov
*E-mail address*

(212) 637-2677
*Telephone number*

(212) 637-0033
*FAX number*