UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,
ALBERT SUN, and ALLISON MCCANN,

                              Plaintiffs,

                    v.                         No. 25-cv-4356

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                              Defendant.

---

## **CERTIFICATE OF SERVICE**

Pursuant to the Court's Order (ECF No. 7), I certify that on June 4, 2025, I emailed a copy of that Order to Sarah Normand, Deputy Chief of the Civil Division, U.S. Attorney's Office for the Southern District of New York, who confirmed receipt. I further certify that on June 5, 2025, I emailed a copy of the same Order to Samuel Dolinger, Assistant U.S. Attorney, U.S. Attorney's Office for the Southern District of New York, who has now appeared in this matter as counsel for Defendant (ECF No. 8) and who also confirmed receipt.

Dated: New York, New York
       June 5, 2025

                                                  */s/ Timothy Tai*
                                                  Timothy Tai
                                                  Legal Department
                                                  The New York Times Company
                                                  620 Eighth Avenue
                                                  New York, NY 10018
                                                  Phone: (212) 556-1244
                                                  Fascimile: (212) 556-4634
                                                  Email: timothy.tai@nytimes.com

                                                  *Counsel for Plaintiffs*