UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,
ALBERT SUN, and ALLISON MCCANN,

                      Plaintiffs,

           v.                           No. 25-cv-4356-JHR

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                      Defendant.

---

## MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE that Timothy Tai respectfully moves to withdraw as counsel for Plaintiffs, The New York Times Company, Albert Sun, and Allison McCann, in the above-captioned action. Plaintiffs will continue to be represented by David E. McCraw of The New York Times Company, who has appeared in this action.

Dated: August 8, 2025

                                                            */s/ Timothy Tai*
                                                            Timothy Tai
                                                            The New York Times Company
                                                            Legal Department
                                                            620 8th Avenue
                                                           New York, NY 10018
                                                            Phone: (212) 556-1244
                                                           Fax: (212) 556-4634
                                                           timothy.tai@nytimes.com

                                                           *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 1.4(b), I certify that on August 8, 2025, I caused the foregoing document to be served electronically upon all parties by filing it through the Court's CM/ECF system.

*/s/ Timothy Tai*
Timothy Tai