

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 19, 2025

Application GRANTED. The parties shall file an updated status report by **October 20, 2025**.

SO ORDERED.

*Jennifer H. Rearden* (signature)
Jennifer H. Rearden, U.S.D.J.
Dated: September 23, 2025

Via ECF
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *The New York Times Co. et al. v. U.S. Immigration and Customs Enforcement*, 25 Civ. 4356 (JHR)

Dear Judge Rearden:

This Office represents U.S. Immigration and Customs Enforcement ("ICE"), the defendant in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company, Albert Sun, and Allison McCann ("Plaintiffs") regarding three separate requests that Plaintiffs submitted to ICE on March 17, 2025, and one additional request that Plaintiffs submitted to ICE on May 15, 2025.

I write respectfully on behalf of all parties to provide this joint status report pursuant to the Court's order dated August 31, 2025, Dkt. No. 17.

As noted in the parties' prior joint status report, ICE responded to Plaintiffs' third FOIA request on July 18, 2025, and responded to the first, second, and fourth FOIA requests on August 19, 2025. *See* Dkt. No. 16.

After Plaintiffs reviewed the responses issued on August 19, the parties conferred further about those responses and Plaintiffs requested that ICE conduct supplemental searches for records responsive to the first, second, and fourth requests. ICE is currently considering Plaintiffs' request and expects to make a determination within the next 30 days, and will endeavor to make a production during that same timeframe if ICE determines there are additional non-exempt, responsive records.

Accordingly, the parties respectfully propose to file a further joint status report by **October 20, 2025,** to advise the Court whether they expect further proceedings and to propose a schedule, if necessary.

      I have conferred with counsel for Plaintiffs, who join in this proposal. Thank you for your consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/ Samuel Dolinger
      SAMUEL DOLINGER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2677
      samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)