



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 6, 2026

<div style="color:blue">
Application GRANTED.  The parties shall file an updated status report by **March 13, 2026.**

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 10, 2026
</div>

Via ECF
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *The New York Times Co. et al. v. U.S. Immigration and Customs Enforcement*,
       25 Civ. 4356 (JHR)

Dear Judge Rearden:

      This Office represents U.S. Immigration and Customs Enforcement ("ICE"), the defendant in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company, Albert Sun, and Allison McCann ("Plaintiffs") regarding three separate requests that Plaintiffs submitted to ICE on March 17, 2025, and one additional request that Plaintiffs submitted to ICE on May 15, 2025.

      I write respectfully on behalf of all parties to provide this joint status report pursuant to the Court's order dated December 3, 2025, Dkt. No. 21.

      As noted in the parties' prior joint status reports, ICE responded to Plaintiffs' third FOIA request on July 18, 2025, and responded to the first, second, and fourth FOIA requests on August 19, 2025.  *See* Dkt. No. 16, 18.  After the parties conferred about ICE's responses, ICE agreed to conduct supplemental searches for data responsive to the first, second, and fourth requests.

      On January 27, 2026, ICE made a production of twelve spreadsheets containing data responsive to Plaintiffs' requests.  Earlier this week, Plaintiffs posed certain questions regarding the data; ICE is reviewing those questions and intends to respond.

      The parties respectfully propose to file a further joint status report by March 13, 2026, to advise the Court whether any issues remain in dispute in this matter.

The parties thank the Court for its consideration of this matter.

                                                Respectfully submitted,

                                                JAY CLAYTON
                                                United States Attorney

                         By:    /s/ Samuel Dolinger
                                                SAMUEL DOLINGER
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Tel.: (212) 637-2677
                                                samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)