

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 12, 2026

<u>Via ECF</u>
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *The New York Times Co. et al. v. U.S. Immigration and Customs Enforcement*,
    25 Civ. 4356 (JHR)

Dear Judge Rearden:

  This Office represents U.S. Immigration and Customs Enforcement ("ICE"), the defendant in this action brought by plaintiffs The New York Times Company, Albert Sun, and Allison McCann ("Plaintiffs") regarding three separate requests that Plaintiffs submitted to ICE pursuant to the Freedom of Information Act ("FOIA") on March 17, 2025, and one additional request that Plaintiffs submitted to ICE on May 15, 2025.

  I write respectfully on behalf of all parties to provide this joint status report pursuant to the Court's order dated March 16, 2026, Dkt. No. 25. As noted in the parties' prior joint status reports, ICE previously agreed to conduct supplemental searches for data responsive to the first, second, and fourth requests. In January 2026, ICE made a production of twelve spreadsheets containing data responsive to Plaintiffs' requests. Following that production, Plaintiffs posed certain questions regarding the data. On February 13, 2026, in response to a query from Plaintiffs, ICE issued a supplemental response that removed a set of redactions after ICE determined the application of a FOIA exemption was not warranted under the circumstances. On May 11, 2026, ICE issued an additional supplemental response that also removed certain redactions from spreadsheets that had previously been produced. The parties are continuing to discuss certain additional issues.

The parties respectfully propose to file a further joint status report by July 13, 2026, to advise the Court what, if any, further steps remain in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    */s/ Rachael Doud*
       RACHAEL DOUD
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2699
       rachael.doud@usdoj.gov

cc: Counsel of record (via ECF)