UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 25-CV-4356 (JHR) |

## STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL

WHEREAS, on March 17, 2025, Plaintiffs Albert Sun and Allison McCann, on behalf of Plaintiff The New York Times Company ("Plaintiffs"), submitted three requests pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to Defendant United States Immigration and Customs Enforcement ("ICE") for certain data concerning individuals detained and/or removed by ICE;

WHEREAS, as of the date of filing of this case, Plaintiffs had not yet received a determination from ICE with respect to those requests;

WHEREAS, on May 23, 2025, Plaintiffs filed this action against ICE alleging that it had failed to timely respond to Plaintiffs' FOIA requests;

WHEREAS, on May 15, 2025, Plaintiffs submitted a fourth FOIA request to ICE for data concerning arrests and apprehensions made by ICE;

WHEREAS, as of July 2, 2025, Plaintiffs had not yet received a determination from ICE with respect to that request;

WHEREAS, on July 2, 2025, Plaintiffs filed an amended complaint against ICE alleging that, in addition to the first three requests, ICE had failed to timely respond to Plaintiffs' fourth request (collectively, the "Requests");

WHEREAS, following commencement of the suit, Defendants ran searches and produced data in response to Plaintiffs' Requests, with certain information withheld pursuant to FOIA exemptions; and

WHEREAS, the parties wish to resolve the remaining issues in the case and dispose of this matter without further litigation;

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1.      ICE agrees to re-run the searches it previously conducted and produce new sets of data consisting of anonymized, case-by-case data for arrests, encounters, detentions, and removals from fiscal year 2024 through the date of the search, including anonymized identifiers that link across all data fields;

2.      ICE agrees to produce the requested data within seventy-five days of the date this Stipulation and Order is entered by the Court.  If ICE completes its extraction of the requested data earlier, it agrees to promptly produce it to Plaintiffs;

3.      Plaintiffs agree that the above-referenced searches and production will complete ICE's response to the Requests, that if and when ICE completes the production set forth in Paragraph 1 Plaintiffs will not challenge the adequacy of ICE's searches or its withholdings, and that each party will bear their own fees and costs of this litigation;

4.      Effective upon production of the data set forth in Paragraph 1, Plaintiffs release and discharge ICE and the United States of America, including its agencies, departments, officers,

2

employees, servants, and agents, from any and all claims and causes of action that Plaintiffs asserted, or could have asserted, in this litigation arising out of Plaintiff's Requests.

5.     This action is accordingly dismissed with prejudice and without costs or fees, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

6.     This Stipulation and Order is entered into by the parties solely for the purpose of compromising on disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiffs' claims.  This Stipulation and Order shall not affect, and shall not be construed to affect, Plaintiffs' ability to submit any FOIA requests to ICE or any other agency in the future and is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiffs under FOIA.

7.     This Stipulation and Order contains the entire agreement between the parties with respect to this action, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel with respect to this action that is not included herein shall have any force or effect.

8.     This Stipulation and Order may be executed in counterparts.  Facsimile or pdf signatures shall constitute originals.

Date:  New York, New York
      June 16 2026

/s/ _____

DAVID MCCRAW
JACKSON BUSCH
Legal Department
The New York Times Company
620 Eighth Avenue
New York, New York, 10018
Tel.: (212) 556-1244
Email: mccrad@nytimes.com
      jackson.busch@nytimes.com
*Attorneys for Plaintiffs*

Date:  New York, New York
      June 16, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ _____
      RACHAEL DOUD
      Assistant U.S. Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2699
      Email: rachael.doud@usdoj.gov
      *Attorney for Defendant*

SO ORDERED:

_____
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE